# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 1027

VERSUS

MICHAEL FREDRICK GRAF

**NOVEMBER 5, 2021**

---

In Re:   Michael Fredrick Graf, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 332,642.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
             FOR THE COURT